IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California Sportfishing Protection Alliance,<br><br>          Plaintiffs,<br>     v.<br><br>Santa Rosa Stainless Steel Fabricators, Inc.,<br><br>          Defendants.<br>_____/ | No. C 13-01415 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 28, 2013**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 11, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 4/25/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE